While I concur with the decision of the majority to affirm the judgment in this case, the standard used in part III for establishment of a sufficient chain of custody is incomplete. The standard to be used is set forth by the Alabama Supreme Court in Ex parte Holton, 590 So.2d 918, 920 (Ala. 1991), as follows:
 "In order to show a proper chain of custody, the record must show each link and also the following with regard to each link's possession of the item: '(1) [the] receipt of the item; (2) [the] ultimate disposition of the item, i.e., transfer, *Page 1202 
destruction, or retention; and (3) [the] safeguarding and handling of the item between receipt and disposition.' "
This court is required to follow the decisions of the Alabama Supreme Court. Section 12-3-16, Code of Alabama 1975.